```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LAUNDRY, DRY CLEANING WORKERS AND  :  08 Civ. 7121 (SHS)
ALLIED INDUSTRIES HEALTH FUND, *ET AL.*,
                                                             :
                Petitioners,
    -against-                                        :

MULTI-PAK CORPORATION,                      :

                Respondent.              :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court's records indicate that a Petition to Confirm Arbitration Award was filed on August 11, 2008. Accordingly,

      IT IS HEREBY ORDERED that:

      1.    Respondent shall serve and file its response to the petition on or before September 15, 2008; and

      2.    Petitioner shall send a copy of this order to respondent.

Dated: New York, New York
          August 18, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.