**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!
and , LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE
HERE!

            Petitioners,

         Index No. 08 CIV. 7121 (SHS)

      -v.-          AFFIDAVIT OF SERVICE

MULTI-PAK CORPORATION,

            Respondent.
-----------------------------------------------------------------X
STATE OF NEW YORK  )
        S.S.:
COUNTY OF NEW YORK)

  **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

  That on the 19th day of August, 2008, at approximately 3:25pm, deponent served a true copy of the PETITION TO CONFIRM ARBITRATION AWARD, NOTICE OF PETITION AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD upon NEIL CAVANAUGH at 180 Atlantic Street, Hackensack, NJ by personally delivering and leaving the same with the Dispatcher, DOMENIC RIVERA, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Neil Cavanaugh is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

  Domenic Rivera is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 175 pounds with short brown hair, dark eyes wearing glasses and a tattoo on his right wrist.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 20th day of August, 2008, deponent served another copy of the foregoing upon NEIL CAVANAUGH by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

NEIL CAVANAUGH
180 Atlantic Street
Hackensack, NJ 07601

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
29th day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com